## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 20cr588-1 |
| | ) | |
| v. | ) | Magistrate Judge: Jeffrey Cummings |
| | ) | |
| **Zvi Feiner** | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

Initial appearance proceedings held. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by telephone conference. Defendant appears following his arrest on 9/8/20. Attorney, Robert A. Fisher, appears on behalf of the defendant and is granted leave to file his appearance. The Government's oral motion to unseal the indictment is granted. Defendant is advised of his rights and informed of the charges against him as well as of the possible sentence/fine if convicted of those charges. Arraignment proceedings held. Defendant acknowledges receipt of the Indictment, waives formal reading, and enters a plea of not guilty to each count in which he is named. The Government and Defendant agree on proposed conditions of release. Enter Order Setting Conditions of Release. The Government's oral motion to file Exhibit A to the Order Setting Conditions of Release is granted. Rule 16.1(a) conference shall be held by 9/15/20. Pretrial motion shall be filed by 9/22/20. Responses shall be filed by 9/29/20. Status hearing is set for 10/6/20 at 10:30 a.m. before Judge Pacold. In the interest of justice and without objection, time is excluded from 9/8/20 to and including 10/6/20 pursuant 18 USC §3161(h)(7)(A). Defendant shall be released from custody after processing.

(X-T)

T. 20 mins

Date:  9/8/2020

/s/ Jeff Cummings

Jeffrey Cummings
United States Magistrate Judge