UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 20 CR 588-1 |
| vs. ) | |
| ) | Judge Martha M. Pacold |
| ZVI FEINER ) | |

# STATUS REPORT

The United States of America, through its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, respectfully submits this status report:

1. The grand jury returned an indictment in this matter on September 3, 2020 charging defendant Zvi Feiner and a codefendant with ten counts of wire fraud, in violation of 18 U.S.C. § 1343. The indictment alleged that defendant and his codefendant engaged in a scheme to defraud investors to induce the purchase of membership interests in various limited liability companies used to manage specific healthcare facilities by, among other things, misrepresenting the profitability, performance, and condition of the healthcare facilities and misappropriating investor funds.

2. Codefendant Erez Baver pleaded guilty to Count One of the Indictment pursuant to a plea agreement with the government on November 16, 2021. At the request of the parties, the Court deferred the scheduling of codefendant Baver's sentencing until further order of the Court.

3. Counsel for the government and defendant Feiner continue to confer regarding the likely resolution of this matter without a trial. The parties have met to exchange loss calculations and anticipate additional meetings and discussions in the upcoming weeks. The defense is currently in the process of putting together more detailed information related to certain parts of its calculations at the request of the government. The government has also subpoenaed and is waiting to obtain additional financial records that may impact the calculation of the loss amount for purposes of the Sentencing Guidelines calculation and restitution. The parties remain hopeful that they may be able to reach an agreement on a loss amount, which in turn would facilitate the plea negotiations.

4. Defendant Feiner and the government believe that an additional period of at least sixty days would allow to continue in their negotiations aimed at resolving this matter short of trial. Accordingly, the parties recommend the Court set the matter for a further hearing on status in approximately sixty days.

5. The government submits that the period of time from July 19, 2022, until the day of such status hearing should be excluded in computing the time within which this matter must be tried pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by such continuance outweigh the best interest of the public and defendant in a speedy trial in that the delay is necessary in order to permit the parties to continue negotiations towards the resolution of this matter without a trial Defendant's counsel has no objection to the exclusion of time on this basis.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

by: /s/ Rick D. Young
Rick D. Young
Assistant United States Attorney
219 South Dearborn Street, Suite 5000
Chicago, Illinois 60604
(312) 353-5300