UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Zvi Feiner, et al.

Defendant.

Case No.: 1:20−cr−00588
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 15, 2023:

MINUTE entry before the Honorable Martha M. Pacold: as to Zvi Feiner: The court has reviewed the joint status report [107]. The government shall confer with defense counsel and file a status report before 4:00 p.m. on 5/11/2023 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, including whether the defense intends to file pretrial motions and objects to the exclusion of time under the Speedy Trial Act. The court excludes time through 5/15/2023 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary for effective preparation, which includes time to review discovery materials and time to consider and prepare pretrial motions. Such delay outweighs the interests of the public and the defendant in a speedy trial. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.