## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                            Case No.: 1:20–cr–00588
                                                               Honorable Martha M. Pacold

Zvi Feiner, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 15, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: as to Zvi Feiner: Telephone status hearing held on 4/15/2024. Defendant's oral motion to reset the trial date is granted. The jury trial is reset to 5/5/2025 at 9:30 a.m. The pretrial conference is reset to 4/16/2025 at 10:00 a.m. The parties are directed to submit an agreed schedule to the proposed order box. Government's oral motion to exclude time through 5/5/2025 is granted. The court excludes time through 5/5/2025 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary for effective preparation, which includes time for continuity of counsel and for new defense counsel to consult with his client, time for the government to consult internally, time for the parties to review discovery materials, time for the parties to prepare pretrial motions and other pretrial filings, and time for the parties to prepare for trial. Such delay outweighs the interests of the public and the defendant in a speedy trial. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.