UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 20 CR 588-1 |
| vs. | ) | |
| | ) | Judge Martha M. Pacold |
| ZVI FEINER | ) | |

## **AGREED ORDER**

Premised upon the agreement of the UNITED STATES of AMERICA, through its attorney, Morris Pasqual, Acting United States Attorney for the Northern District of Illinois, and defendant ZVI FEINER, through his attorneys, regarding to the pretrial schedule in connection with the trial currently scheduled to begin on May 5, 2025, IT IS HEREBY ORDERED AS FOLLOWS:

1. Consolidated motions in limine, a proposed statement of the case, jury selection questions, proposed jury instructions, a list of agreed and contested trial witnesses, and a list of agreed and contested trial exhibits shall be filed on or before March 19, 2025.

2. The proposed statement of the case, jury selection questions, and proposed jury instructions shall also be emailed in Microsoft Word format to the Court's proposed order inbox on or before March 19, 2025.

3. Responses to motions in limine shall be filed on or before April 2, 2025.

4. Any expert disclosures are due to be served upon the opposing party on or before February 19, 2025 with the parties to promptly reach out to chambers if they anticipate a need for a Daubert motion and/or hearing.

5. Any other pretrial motions shall be filed by January 13, 2025, with responses due on January 27, 2025, and any replies due on February 3, 2025.

6. A further hearing on status shall be set for October 22, 2024 at 9:00 a.m. via telephone conference. Dial toll-free call-in number: 888-684-8852; followed by the conference access code: 9482028#.

ENTER:

/s/ Martha M. Pacold
MARTHA M. PACOLD
District Court Judge
United States District Court
Northern District of Illinois

Date: April 25, 2024