IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff(s), | ) ) ) | Case No: 20cr588-1 |
| v. | ) ) | Magistrate Judge: M. David Weisman |
| Zvi Feiner, | ) ) ) | |
| Defendant(s), | ) | |

## ORDER

    Defendant Zvi Feiner's unopposed motion to travel and secure his passport [133] is granted. Pretrial Servies is ordered to promptly provide Mr. Feiner with his expired passport, and Mr. Feiner is permitted to obtain an updated passport as necessary for travel purposes. Further, Mr. Feiner is permitted to travel to Canada between September 19 to 26, 2024 as reflected in his motion. Mr. Feiner must provide all details regarding travel as requested by Pretrial Services. Upon return to the United States, Mr. Feiner shall promptly return his passport to Pretrial Services. All matters relating to the referral of this case having been resolved, this matter is returned to the District Judge. Referral terminated.

Date: August 12, 2024

_____
M. David Weisman
United States Magistrate Judge