# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                            Case No.: 1:20−cr−00588

                                                            Honorable Martha M. Pacold

Zvi Feiner, et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 5, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: as to Zvi Feiner: The pretrial conference set for 4/16/2025 and the jury trial set for 5/5/2025 are stricken. The jury trial is reset to 11/3/2025 at 9:30 a.m. through 11/21/2025. The pretrial conference is reset to 10/23/2025 at 10:00 a.m. (1) Consolidated motions in limine, a proposed statement of the case, jury selection questions, proposed jury instructions, a list of agreed and contested trial witnesses, and a list of agreed and contested trial exhibits are to be filed by 9/19/2025; proposed statement of the case, jury selection questions, and jury instructions should also be emailed in Microsoft Word format to this court's proposed order inbox by 9/19/2025. Responses to the motions in limine are due by 10/3/2025. Reply briefs, if any, are due by 10/10/2025. (2) Any expert disclosures are due to be served upon the opposing party on or before 8/19/2025 with the parties to promptly reach out to the court if they anticipate a need for a Daubert motion and / or hearing. (3) Any other pretrial motions should be filed by 7/11/2025. Responses are due by 7/25/2025. Reply briefs are due by 8/1/2025. (4) The parties are directed to file a status report by 11/15/2024 confirming that the current trial and pretrial schedule works for the parties (or any request for modification of the schedule). The parties may at any time (in the 11/15/2024 status report or at any other time) request a status hearing with the court. On the court's own motion and considering that the trial date was extended on defendant's motion, the court excludes time through 11/3/2025 under 18 U.S.C § 3161(h)(7) to serve the ends of justice. Excluding time will allow the parties the reasonable time necessary for effective preparation, which includes time for continuity of counsel and time for counsel to meet with his client, time for the government to consult internally, time for the parties to review discovery materials, time for the parties to prepare pretrial motions and other pretrial filings and comply with the pretrial schedule set in this order, as well as to prepare for the trial itself. Such delay outweighs the interests of the public and the defendant in a speedy trial. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.