**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                         Case No.: 1:20–cr–00588
                                           Honorable Martha M. Pacold

Zvi Feiner, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2025:

MINUTE entry before the Honorable Martha M. Pacold: as to Zvi Feiner: Telephone motion hearing held on 8/14/2025. Defendant Feiner's motion for extension of time, [144], is granted. The jury trial set for 11/3/2025 is stricken and reset to 8/17/2026 at 9:30 a.m. through 9/4/2026. The pretrial conference is reset to 7/9/2026 at 10:00 a.m. in Courtroom 2325. By 8/21/2025, the parties are directed to meet and confer and submit an agreed pretrial scheduling order. Government's oral motion to exclude time through 8/17/2026 is granted without objection. The court excludes time through 8/17/2026 under 18 U.S.C § 3161(h)(7) to serve the ends of justice. Considering the complexity of the case, additional time is necessary for effective pretrial and trial preparation. Excluding time will allow the parties the reasonable time necessary for effective preparation, which includes time for continuity of counsel, time for defense counsel to meet with their client, time for the government to consult internally, time for the parties to review discovery materials, and time for the parties to prepare pretrial filings according to the forthcoming pretrial schedule, as well as to prepare for the trial itself. Such delay outweighs the interests of the public and the defendant in a speedy trial. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.