IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ZVI FEINER, et al.,

      Defendants.

No. 2020-cr-588

Judge: Honorable Martha M. Pacold

## MOTION OF SAMANTHA DRAKE FOR LEAVE TO WITHDRAW AS COUNSEL

Defendant Zvi Feiner, by and through his undersigned attorneys, pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, respectfully requests that this Court permit Samantha Drake to withdraw as counsel in the above captioned matter. In support of this motion, Defendant states as follows:

1. Attorneys from Katten Muchin Rosenman LLP have entered appearances on behalf of Mr. Feiner in the above-captioned case.

2. Samantha Drake entered her appearance on behalf of Mr. Feiner. Ms. Drake will not need notice of filings in this matter and should be removed from all service lists, including the CM/ECF system.

3. Katten Muchin Rosenman LLP remains counsel of record for Mr. Feiner in this matter. Sheldon T. Zenner and Christopher J. Stetler will continue to represent Mr. Feiner.

4. This Motion is brought in good faith and not for the purposes of delay.

WHEREFORE, Defendant respectfully requests that this Court enter an order granting this

Motion, allowing Samantha Drake leave to withdraw as counsel for Mr. Feiner.

Dated: June 30, 2026

Respectfully submitted,

/s/ _Sheldon T. Zenner_

Sheldon T. Zenner
Christopher J. Stetler
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5200

*Attorneys for Defendant Zvi Feiner*

## <u>CERTIFICATE OF SERVICE</u>

I, Sheldon T. Zenner, an attorney, hereby certify that on this 30th day of June, 2026, I caused a copy of the foregoing document to be served upon all counsel of record via this Court's CM/ECF electronic filing system.

/s/ _Sheldon T. Zenner_____

*Attorney for Defendant Zvi Feiner*