## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                                    Case No.: 1:20–cr–00588
                                                      Honorable Martha M. Pacold

Zvi Feiner, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2026:

      MINUTE entry before the Honorable Martha M. Pacold as to Zvi Feiner: Telephone status hearing held on 7/9/2026. Defendant's presence is waived. The pretrial / trial schedule set in [146] is stricken. Sentencing set for 11/5/2026 at 10:00 a.m. in Courtroom 2325. Presentence Investigation Report (PSR) is due by 10/1/2026. Objections to the PSR are due by 10/22/2026. Responses to the objections are due by 10/29/2026. Telephone status hearing set for 7/30/2026 at 9:00 a.m. To join the telephone hearing please dial 650–479–3207 and enter access code 2310 276 7442#. Press # when prompted for an attendee number. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Government's oral motion to exclude time through 7/30/2026 is granted without objection. The court excludes time through 7/30/2026 under 18 U.S.C § 3161(h)(7) to serve the ends of justice. Excluding time will allow the parties the reasonable time necessary for effective preparation, which includes time for continuity of counsel, time for defense counsel to meet with their client, time for the government to consult internally, time for the parties to review discovery materials, and time for the parties to discuss resolution of the case short of trial. Such delay outweighs the interests of the public and the defendant in a speedy trial. If the parties want to convert the telephone status hearing to an arraignment and change of plea hearing, they should notify the court. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.