**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ZVI FEINER | Case Number: 20 CR 588-1<br><br>Judge Martha M. Pacold |

**ORDER**

Arraignment, waiver of indictment, and change of plea hearing held on 8/27/2026. Pursuant to Federal Rule of Criminal Procedure 5(f)(1), the Court confirms the prosecutor's continuing obligation under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Defendant waived formal reading of the Superseding Information, waived indictment, and entered a plea of guilty to the one count Superseding Information. The Court finds the defendant is competent to plead, the plea is voluntary, and there is a factual basis for the plea. Enter Waiver of Indictment. Enter judgment of guilty on Count One of the Superseding Information. Enter Plea Agreement. The sentencing schedule set in [151] is stricken. Cause referred to the Probation Dept. for a presentence investigation. Sentencing set for 11/19/2026 at 10:00 a.m. in Courtroom 2325. Presentence Investigation Report (PSR) is due by 10/15/2026. Objections to the PSR are due by 11/5/2026. Responses to the objections are due by 11/12/2026. Pursuant to Local Rule 32.1(f), the court is directing disclosure of the Probation Office's recommendation to counsel for the defendant and the government simultaneously with the disclosure of the PSR. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government cannot provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information. If the government does not provide the full victim list with the amount of restitution owed and current contact information of all victims to the Probation Office at least 10 days prior to sentencing hearing, pursuant to 18 U.S.C. §3664(d) (5), the Government shall inform the court.

(00:45)

ENTER:

/s/ Martha M. Pacold

Martha M. Pacold
United States District Judge

DATE: August 27, 2026