**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:20−cr−00588
Honorable Martha M. Pacold

Zvi Feiner, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 19, 2026:

MINUTE entry before the Honorable Martha M. Pacold as to Zvi Feiner: Sentencing hearing held on 11/19/2026. The Government made an oral motion for the third point of acceptance of responsibility, which was granted. The Government's oral motion to dismiss the original indictment was also granted. Judgment Order to follow. Mailed notice (mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.